**Exhibit A to the Complaint**

**Location:** Norristown, PA  **IP Address:** 98.225.201.3
**Total Works Infringed:** 25  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 69B169B665AC4CD84477A145471A3AAB921ED7DF<br>File Hash:<br>ABB15A570DE770BB83B1998FB3A0008B7CB8CB2BF584445812C0F68DC4AA81F8 | 08-15-2023 13:00:55 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 2 | Info Hash: 2E61B4181B1EE2C0BD0499E739DA569F839A2F91<br>File Hash:<br>CF97E0F97D0067074106D82AA1C0EE2802E377DE1BF9AF9DEB42BC904A5B74C7 | 08-13-2023 21:15:41 | Vixen | 03-25-2018 | 04-17-2018 | PA0002116726 |
| 3 | Info Hash: 894D933E7D91068C9B225CADF3ED957666226B7C<br>File Hash:<br>7EC8C4E7A5EBAA663B4EF368258A55B1EFB255D3CD7469FBBCB72848837F09FE | 08-06-2023 00:12:18 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 4 | Info Hash: 6E59EA98D1D14332490593FF932F6E01ACAF7E58<br>File Hash:<br>6B5F79DF55A1DAB4DF0F52F4C01A6F6CB2C87ECC665903E2EFB4F7992158D322 | 07-30-2023 22:25:35 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 5 | Info Hash: 8162A98D7DB603A23AA64ED91A21775E9C1209D0<br>File Hash:<br>AADAB247963F05D8D0FF9985DBC410B04505EB096ED96CC2685FBA3B6A220E15 | 07-30-2023 22:25:24 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 6 | Info Hash: FC0728B77E121DB643B429CD2FBC5B7BEFC88885<br>File Hash:<br>E8CB1FC3735BF80A2FE415BBBBC6DD7455456562D30529732F47B7B31AF8A985 | 07-18-2023 15:06:24 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 7 | Info Hash: EBC87D7FFB6F2DFB0936F01F7A846FE2ED01ACE7<br>File Hash:<br>4CD156C26E1BBDE832416010D09B7700FD0F0E1C633CE7EA9F22D3B6FEE34249 | 07-17-2023 16:44:31 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 8 | Info Hash: 636F684480FB12D893D800E1B31AB07910DFBB26<br>File Hash:<br>FDC2B43D2318D54DFCF1074EF43220D85D4C06F3D0F7147B5B09ECE040250746 | 07-17-2023 16:37:33 | Tushy | 07-16-2023 | 08-17-2023 | PA0002425541 |
| 9 | Info Hash: 6BB92EE90F85DCBF25286381B40EC40D79451A5E<br>File Hash:<br>F3EBC54DC9D0FB866506C3F0655B6B7241A16AC2090AADEAD502748122654C0D | 07-09-2023 23:05:25 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 10 | Info Hash: 79A3FEF4849B815E7406918398102E8A848A80A1<br>File Hash:<br>5631D7BE70582F73BF466A7C864C155F4D7018F647E13842634144002F1BA27C | 07-05-2023 20:35:44 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |
| 11 | Info Hash: B744E3ACFE82D1787B25B0DC903069BDF87456DC<br>File Hash:<br>8503482A1D279B58F5C8AB3CEA08AA9B792F130850D6BE612A7B9A73E7D34A03 | 06-29-2023 18:46:10 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 6AA45FF8D5D909C4E342A220414BC6BA8350088E<br>File Hash: FA897D449A1ECA0B66D87E014382E902C7CC88C48010B8DD79A7C196EDDABEE8 | 06-18-2023 19:56:19 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 13 | Info Hash: 4DA5FA2A54B927DF6E2AC64BB235D4A480C03C98<br>File Hash: 29A5748A9B9EE28856DA8E49560184A23C89E7A557628B9861958C3EB4703AE3 | 06-17-2023 15:30:39 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 14 | Info Hash: 33271D677363A31BA7186AAF0A76520603989AB6<br>File Hash: C34A1DC1D4A8A56356E31AB0A41DDD037FBE1187C8AD0A9CE213CA20B6B95E17 | 05-25-2023 12:27:49 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 15 | Info Hash: E7A71AE1747598C5A17067CD2D9360156B3E3504<br>File Hash: A37B3F0567DA8B3A56C9FA0BC2CE879E7D012C8FEA105F0E13BC3FCC8DF3B99F | 05-22-2023 23:00:42 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 16 | Info Hash: 80EC0433CE91A6F997C414D1529742C8F0AACB97<br>File Hash: FDAD631BF55CAFE6F0610731BFCF367EAFB607C378140B4DE3E82B9511430045 | 04-30-2023 22:27:55 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 17 | Info Hash: E833F41346D9A811CD49E1653C81E714FAEFE00C<br>File Hash: A3D02D86C7899C6F2D11908323981BB70B4FFEE394A1C8139ACD397E81D8F82E | 04-24-2023 22:31:20 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 18 | Info Hash: CF14D78DFD290BAF5E25A9073CFFAABF6745C752<br>File Hash: 720AC2680E6DA24BB5D65C3DAA7F67547D7673F1ABE306846E452D8F2D908171 | 04-17-2023 19:47:02 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 19 | Info Hash: C96D44CD2698D3A9488DDA1459448416F1471E9C<br>File Hash: 213527532742850329425F6901DE30340DCA170259C21BD7486B4A7B2B3D3484 | 04-17-2023 18:23:31 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 20 | Info Hash: A5FB88F7319F228442F6F2CA56897D6AA7276BA7<br>File Hash: 68189463EE780BDBE6B9AEA3F2E118BB74A1AB2915BB7E1344C6D8DC05C19B45 | 04-10-2023 02:58:04 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 21 | Info Hash: 6D8080D7D485EBE68FF298F15AFB8D246736E599<br>File Hash: A157E8C40BB3D1BB38312EB9B00B6853527DC199BBBB70B6C982677D65B6A691 | 04-10-2023 02:54:16 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 22 | Info Hash: BAF1D643230D2EC28FCCA84A906ABBF38DA697A6<br>File Hash: 822DDCA22278CB135200BAE27E89899C746B38FDB3F6F1E81F48DAE44EB8A437 | 04-03-2023 21:45:37 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 23 | Info Hash: E2F219F067A1EF92B70A87253D699B92C474B0EC<br>File Hash: D5FF6AAAFE0BD3932D0739986F83819191B9E4BBD25899AF54AFF39A816194B5 | 03-26-2023 23:32:29 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7DAFD0FE215836C9248978113A9B3A811C6A2E02<br>File Hash:<br>5C1E3B0ACA30A6D5B93F794E873606E2811E4A1D51D071F2E06E630C8147D896 | 03-20-2023<br>20:12:42 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 25 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 02-28-2023<br>04:20:59 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |