# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC | : | **CIVIL ACTION** |
| v. | : | |
| | : | NO. 23-cv-03308 |
| FREEMAN | : | |

### Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against

MARANDO FREEMAN

for failure to plead or otherwise defend.

George Wylesol
Clerk of Court


By: s/Ashley Mastrangelo
Deputy Clerk